UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CRIMINAL ACTION NUMBER: 3:10CR-00075-JHM

UNITED STATES OF AMERICA                                          PLAINTIFF

v.

TIMOTHY MURPHY                                                    DEFENDANT

### ORDER

This matter is before the Court on Defendant's various motions, regarding the return of property. [DN 274, 277, 278 and 281]. Also pending are additional motions at DN 283 and 284, which are not yet ripe. The Defendant has raised these issues numerous times, and despite the Court's orders, he continues to file motions in this criminal case which has long since been terminated. After being sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's motions are **DENIED**. The United States has provided sufficient information regarding restitution and the return of personal property and there is no reason for Defendant's continued motion practice in this case. Defendant's unripe motions are **DENIED as moot.**

The Clerk is ordered not to accept additional motions from the Defendant in this case dealing with the return of property, accounting and restitution. If Defendant wishes to continue to pursue these claims, he must file a separate civil action subject to the filing fee requirement of the Prison Litigation Reform Act. *See United States v. Savage*, 99 F. App'x 583, 584 (6th Cir. 2004).

cc: Defendant
    counsel of record

Joseph H. McKinley, Jr., Chief Judge
United States District Court

June 10, 2013